# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | No. 2:18-CR-00054.21 |
| ) | REEVES/WYRICK |
| **ZACHARIAH TAYLOR** ) | |
| **THORNTON** | |

## O R D E R

Magistrate Judge C. Clifford Shirley filed a report and recommendation recommending the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Count One and Count Fifteen of the Indictment; (2) accept Defendant's plea of guilty to Count One and Count Fifteen of the Indictment, that is, of conspiracy to distribute and possess with intent to distribute 5 grams or more but less than 50 grams of methamphetamine, its salts, its isomers, and salts of its isomers and possession of a firearm in furtherance of a drug trafficking offense as charged in Count One; (3) adjudicate Defendant guilty of the charges set forth in Count One and Count Fifteen of the Indictment; and (4) find Defendant shall remain in custody until sentencing in this matter [R. 459]. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [R. 459] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's motion to withdraw his not guilty plea to Count One and Count Fifteen of the Indictment is **GRANTED**;

(2) Defendant's plea of guilty to Count One and Count Fifteen of the Indictment, that is, of conspiracy to distribute and possess with intent to distribute 5 grams or more but less than 50 grams of methamphetamine, its salts, its isomers, and salts of its isomers and possession of a firearm in furtherance of a drug trafficking offense as charged in Count One, is **ACCEPTED**;

(3) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One and Count Fifteen of the Indictment;

(4) Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **April 20, 2020, at 11:00 a.m.** before the Honorable Pamela L. Reeves, United States District Judge.

**SO ORDERED.**

**ENTER:**

_____
**CHIEF UNITED STATES DISTRICT JUDGE**